UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISC. ACTION NO: 10-44 |
| versus | COURT NO. 3:03CR00007-001 |
| NAKEYTHA DARLISHA WILLIAMS | |
| One Call Concepts, Inc.<br>Garnishee | |

## WAGE GARNISHMENT ORDER

A Writ of Continuing Garnishment, directed to the garnishee, One Call Concepts, Inc., has been duly issued and served upon the garnishee. Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer on July 26, 2010, stating that at the time of the service of the Writ that it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that the defendant's last paycheck grossed $827.12. The garnishee further stated that at the time of service of the within Writ, there were no other garnishments in effect.

The defendant was served on August 2, 2010 and since has not requested a hearing to determine exempt property. Considering the foregoing,

IT IS ORDERED that pursuant to 28 U.S.C. § 3205 and 15 U.S.C. § 1673(a) garnishee deduct and pay to plaintiff the lesser of:

1. Twenty-five percent (25%) of defendant's disposable earnings for each and every pay period that the defendant is employed by garnishee and due wages; or

2. All amounts of defendant's disposable earnings in excess of thirty (30) times the federal minimum wage in effect at the time the earnings are payable [$7.25 per hour effective July 24, 2009] for each and every pay period that the defendant is employed by garnishee and due wages;

that the garnishment payments to plaintiff under the garnishment begin immediately and that garnishee continue said payments until the debt to plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to defendant or until further order of this court.

Payments to the plaintiff shall be made by garnishee's check, no less frequently than monthly, payable to U.S. District Court, and remitted to Clerk, U.S. District Court, Russell B. Long Federal Building and Courthouse, 777 Florida Street, Suite 139, Baton Rouge, LA 70801-1712.

APPROVED AND SO ORDERED this 25th day of August, 2010.

_____
HONORABLE JAMES J. BRADY
UNITED STATES DISTRICT JUDGE